# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | |
|---|---|
| IN Re: DALE L. CALDWELL,<br>  *Debtor*.<br><br>_____<br><br>DALE L. CALDWELL,<br>  *Plaintiff*,<br><br>  v.<br><br>RUSHMORE LOAN MANAGEMENT<br>SERVICES, LLC.,<br>  *Defendant*. | Case No. 12-04359-RLM-13<br><br><br><br><br><br><br><br>Adversary No. 19-50021 |

## NOTICE OF APPEARANCE

TO: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Dale L. Caldwell, Plaintiff.**

Dated this 14th day of February 2018.

                   Respectfully submitted,

                   */s/ Travis W. Cohron*
                   Travis W. Cohron, No. 29562-30
                   **CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
                   320 N. Meridian Street, Suite 1100
                   Indianapolis, IN 46204
                   Telephone: (317) 637-1321
                   Fax: (317) 687-2344
                   tcohron@clarkquinnlaw.com
                   *Counsel for the Plaintiff*