SF00075 (rev 06/2018)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Dale Lynn Caldwell**,                      Case No. **12–04359–RLM–13**
     Debtor.

Adv. Proc. No. **19–50021**

**Dale Lynn Caldwell**,
     Plaintiff,
  vs.

**Rushmore Loan Management Services LLC**,
     Defendant.

## NOTICE OF DEFICIENT FILING

An Appearance was filed on February 14, 2019, by Plaintiff Dale Lynn Caldwell.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Certificate of Service not filed.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by February 28, 2019, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated: February 14, 2019                 Kevin P. Dempsey
                                                   Clerk, U.S. Bankruptcy Court