UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Dale Lynn Caldwell**,
    Debtor.

Case No. **12–04359–RLM–13**

Adv. Proc. No. **19–50021**

**Dale Lynn Caldwell**,
    Plaintiff,
  vs.
**Rushmore Loan Management Services LLC**,
    Defendant.

## NOTICE REGARDING CONSENT LANGUAGE

A Complaint was filed on February 14, 2019, by Plaintiff Dale Lynn Caldwell.

**NOTICE IS GIVEN** that pursuant to Fed.R.Bankr.P. 7008, language consenting to a final order or judgment by the bankruptcy court is required and is missing from the Complaint.

**NOTICE IS FURTHER GIVEN** that the Complaint must be amended by February 28, 2019. The Court will not issue the summons until the Complaint has been amended. Pursuant to Fed.R.Civ.P. 4(m), made applicable in this matter by Fed.R.Bankr.P. 7004, failure to serve the summons and complaint within **90 days** after the original filing may result in the dismissal of the Complaint.

Sample language satisfying the requirement for a statement concerning the party's consent can be found at www.insb.uscourts.gov/SampleConsentLanguage.pdf.

Dated: February 14, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court