# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | |
|---|---|
| IN Re: DALE L. CALDWELL, ) <br>     *Debtor*. ) <br> _____ ) <br> ) <br> DALE L. CALDWELL, ) <br>     *Plaintiff*, ) <br> ) <br>     v. ) <br> ) <br> RUSHMORE LOAN MANAGEMENT ) <br> SERVICES, LLC., ) <br>     *Defendant*. ) | Case No. 12-04359-RLM-13 <br><br><br><br><br><br><br> Adversary No. 19-50021 |

## APPEARANCE FOR PLAINTIFF

Comes now Clark Quinn Moses Scott & Grahn, LLP, and hereby enter their Appearance for and on behalf of the Plaintiff in the above-entitled Proceeding.

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
tcohron@clarkquinnlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing or by first class United States mail, postage prepaid, this 15th day of February 2019

U.S. Trustee
Chapter 13 Trustee
Rushmore Loan Management Services, LLC

*/s/ Travis W. Cohron*
Travis W. Cohron