UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

B2500A (rev 12/2017)

In re:

**Dale Lynn Caldwell**,
       Debtor.

**Dale Lynn Caldwell**,
       Plaintiff,
vs.
**Rushmore Loan Management Services LLC**,
       Defendant.

Case No. **12–04359–RLM–13**

Adv. Proc. No. **19–50021**

All documents regarding this matter must be identified by both adversary and bankruptcy case numbers.

## SUMMONS IN AN ADVERSARY PROCEEDING

A complaint under Title 11 of the U.S. Code was filed against you in this Court on February 14, 2019, by Plaintiff Dale Lynn Caldwell.

**YOU ARE SUMMONED** and required to file a motion or answer to the attached complaint within **30 days** after the issuance of this summons.

**ANSWER DUE:** March 18, 2019

You must serve a copy of the motion or answer on the plaintiff's attorney. If you file a motion, your time to answer is determined by Fed.R.Bankr.P. 7012.

**Name and address of plaintiff's attorney:**

Travis W Cohron
320 N Meridian Street
Ste 1100
Indianapolis, IN 46204

**You may have the right to have your case decided by the district court. Your failure to respond timely will be deemed your consent to entry of judgment by the bankruptcy court, and judgment by default may be taken against you for the relief demanded in the complaint.**



/s/ Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court

Dated: February 15, 2019

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Dale Lynn Caldwell**,
       Debtor.

**Dale Lynn Caldwell**,
       Plaintiff,
vs.

**Rushmore Loan Management Services LLC**,
       Defendant.

Case No. **12–04359–RLM–13**

Adv. Proc. No. **19–50021**

A PDF fillable Certification of Service is available at
www.insb.uscourts.gov/webforms/newlaw/cs.pdf.

**CERTIFICATE OF SERVICE
REGARDING SUMMONS IN AN ADVERSARY PROCEEDING**

I, _____ (name), certify that I am, and at all times during the service of the summons was, not less than 18 years of age and not a party to these cases. I further certify that the service of this summons and a copy of the complaint were made on _____ (date), by one of the following methods:

- ☐ **Mail Service**: By regular, first class U.S. mail, and postage fully prepaid. (**List names/addresses below.**)
- ☐ **Personal Service**: By leaving the summons with the defendant or with an officer or agent of the defendant. (**List names/addresses below.**)
- ☐ **Residence Service**: By leaving the summons with an adult. (**List names/addresses below.**)
- ☐ **Certified Mail Service on an Insured Depository Institution**: By sending the summons by certified mail addressed to the defendant. (**List names/addresses below.**)
- ☐ **Publication**: By serving the defendant as outlined in the space below.
- ☐ **State Law**: By serving the defendant pursuant to the laws of the State of _____ (U.S. state) as outlined in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**



**Under penalty of perjury, I declare that the foregoing is true and correct.**

_____  _____  _____
Signature                      Date                           Business Address

_____                                  _____
Printed Name                                                   Business City, State, and Zip