# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | |
|---|---|
| IN Re: DALE L. CALDWELL,        )<br>    *Debtor*.        )<br>                      )<br>_____)<br>                      )<br>DALE L. CALDWELL,        )<br>    *Plaintiff*,        )<br>                      )<br>    v.        )<br>                      )<br>RUSHMORE LOAN MANAGEMENT        )<br>SERVICES, LLC.,        )<br>    *Defendant*.        ) | Case No. 12-04359-RLM-13<br><br><br><br><br><br><br><br>Adversary No.  19-50021 |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made and further certifies that service of the Complaint and Summons was served upon the following by electronic filing or by first class, certified, United States Mail, postage prepaid the 15th day of February 2019:

US Trustee
Chapter 13 Trustee
Debtors

Rushmore Loan Management Services, LLC - Certified, U.S. Mail
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

                                                  Respectfully submitted,

                                                  */s/ Travis W. Cohron*
                                                  Travis W. Cohron, No. 29562-30
                                                  **CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
                                                  320 N. Meridian Street, Suite 1100
                                                  Indianapolis, IN 46204
                                                  Telephone: (317) 637-1321
                                                  Fax: (317) 687-2344
                                                  tcohron@clarkquinnlaw.com
                                                  ***Counsel for the Plaintiff***