UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Dale Lynn Caldwell**,                  Case No. **12–04359–RLM–13**
    Debtor.

                                            Adv. Proc. No. **19–50021**

**Dale Lynn Caldwell**,
    Plaintiff,
  vs.
**Rushmore Loan Management Services LLC**,
    Defendant.

## NOTICE REGARDING CONSENT LANGUAGE

An Answer to Complaint was filed on April 17, 2019, by Defendant Rushmore Loan Management Services LLC.

**NOTICE IS GIVEN** that pursuant to Fed.R.Bankr.P. 7012, language consenting to a final order or judgment by the bankruptcy court is required and is missing from the Answer to Complaint.

**NOTICE IS FURTHER GIVEN** that the Answer to Complaint must be amended by May 1, 2019, and comply with the requirements of Fed.R.Bankr.P. 7015.

Sample language satisfying the requirement for a statement concerning the party's consent can be found at www.insb.uscourts.gov/SampleConsentLanguage.pdf.

Dated: April 17, 2019                  Kevin P. Dempsey
                                               Clerk, U.S. Bankruptcy Court