# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | |
|---|---|
| IN Re: DALE L. CALDWELL, ) <br> *Debtor*. ) <br> ) <br> _____ ) <br> ) <br> DALE L. CALDWELL, ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> RUSHMORE LOAN MANAGEMENT ) <br> SERVICES, LLC., SELECT PORTFOLIO ) <br> SERVICING, LLC., and WILMINGTON SAVINGS ) <br> FUND SOCIETY, FSB, d/b/a CHRISTIANA ) <br> TRUST as Trustee for CARLSBAD FUNDING ) <br> MORTGAGE TRUST INVESTORS, ) <br> *Defendants*. ) | Case No. 12-04359-RLM-13 <br><br><br><br><br><br><br><br> Adversary No. 19-50021 |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Dale L. Caldwell, and Defendants, Rushmore Loan Management and Wilmington Savings Fund Society, FSB, d/b/a Christina Trust as Trustee for Carlsbad Funding Mortgage Trust Investors, by and through undersigned counsel, hereby stipulate that **Rushmore Loan Management and Wilmington Savings Fund Society, FSB, d/b/a Christina Trust as Trustee for Carlsbad Funding Mortgage Trust Investors** should be dismissed from this cause of action, with prejudice. The parties to bear their own costs and fees.

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321

Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
*Attorney for Plaintiff*

*/s/ Leanne S. Titus (with consent)*
Leanne S. Titus No. 22552-49
**FEIWELL & HANNOY, P.C.**
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
ltitus@feiwellhannoy.com
*Attorney for Rushmore Loan Management Services, LLC and Wilmington Savings Fund Society*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing or by first class United States mail, postage prepaid, this 13th day of January 2020.

U.S. Trustee
Chapter 13 Trustee
Rushmore Loan Management Services, LLC
Wilmington Savings Fund Society
Select Portfolio Servicing, LLC

/s/ Travis W. Cohron
Travis W. Cohron